7 F.3d 225
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Joe Leonard PRICE, Plaintiff-Appellant,
v.
Gary DIXON; Lieutenant Walker; D. W. Vann, Sergeant,
Defendants-Appellees.
 No. 93-6774.
 United States Court of Appeals,
Fourth Circuit.
 Submitted: August 20, 1993.
Decided: September 23, 1993.
 
 Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, District Judge. (CA-92-233-CRT-BO)
 Joe Leonard Price, Appellant Pro Se.
 Neil Clark Dalton, North Carolina Department of Justice, Raleigh, North Carolina, for Appellees.
 E.D.N.C.
 AFFIRMED.
 Before WILKINS and LUTTIG, Circuit Judges, and BUTZNER, Senior Circuit Judge.
 PER CURIAM:
 
 OPINION
 
 1
 Joe Leonard Price appeals from the district court's order denying relief under 42 U.S.C. § 1983 (1988). Our review of the record and the district court's opinion accepting the recommendation of the magistrate judge discloses that this appeal is without merit. Accordingly, we affirm on the reasoning of the district court. Price v. Dixon, No. CA-92-233-CRT-BO (E.D.N.C. June 17, 1993).* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 AFFIRMED
 
 
 *
 We deny Price's motion for appointment of counsel. See Whisenant v. Yuam, 739 F.2d 160 (4th Cir. 1984)